PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:07CR00245-01 MCE** |
| | ) | |
| **ANWAR B. BAKER** | ) | |
| | ) | |

On April 10, 1997, the above-named was placed on supervised release for a period of 5 years.  Anwar B. Baker has complied with the rules and regulations of supervision.  It is accordingly recommended that Anwar B. Baker be discharged from supervision.

Respectfully submitted,

/s/Philip Mizutani
**PHILIP MIZUTANI**
**United States Probation Officer**

Dated:        February 12, 2010
              Sacramento, California

**REVIEWED BY:    /s/Kyriacos M. Simonidis**
              **KYRIACOS M. SIMONIDIS**
              **Supervising United States Probation Officer**

Re:     **Anwar B. BAKER**
        **Docket Number:   2:07CR00245-01**
        **ORDER TERMINATING Supervised Release**
        <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

**Dated: February 19, 2010**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

PYM/sc

Attachment:   Recommendation
cc:      United States Attorney's Office